RICHARD T. MILLER, receiver, &c., respondent,

*v.*

NEW JERSEY TRUST AND SAFE DEPOSIT COMPANY, appellant.

[Submitted December 3d, 1904.  Decided March 6th, 1905.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Reed, whose opinion is reported in *67 N. J. Eq. 252.*

*Mr. John F. Harned,* for the appellant.

*Mr. Lewis Starr,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed, rendered in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.